UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MONTRELL HILLARD                                                                    PLAINTIFF

V.                                  3:18CV00179 JM/JTR

KEVEN MOTIVE, Sheriff,
Poinsett County                                                                      DEFENDANT

# ORDER

Plaintiff Montrell Hillard has not complied with the September 26, 2018 and October 25, 2018 Orders directing him to file, in support of his motion to proceed *in forma pauperis,* a certified record of the funds in his institutional trust account. *Docs. 3 & 5.* The time to do so has expired. Mail sent to Hillard at his address of record, the Poinsett County Detention Center, has been returned as undeliverable, with no forwarding address. *Doc. 6.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). Hillard's applications to proceed *in forma pauperis* (*Docs. 2 & 4)* are denied as moot. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE