UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MONTRELL HILLARD                                                                                    PLAINTIFF

V.                                         3:18CV00179 JM/JTR

KEVEN MOTIVE, Sheriff,
Poinsett County                                                                                     DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 17th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE